UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE ALEXANDRINE BALDIA,
a/k/a MARIE ALEXANDRINE NADELA,
on behalf of herself and of all others
similarly situated,

        Plaintiff,

- against -

RN EXPRESS STAFFING REGISTRY
LLC, SALLY NUNEZ and ALEXANDER
ALEJANDRINO,

        Defendants.

**ORDER**

19 Civ. 11268 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference currently scheduled for April 2, 2020 is adjourned to **May 14, 2020 at 11:00 a.m.**

Dated: New York, New York
      March 23, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge