UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE ALEXANDRINE BALDIA,
a/k/a MARIE ALEXANDRINE NADELA,
on behalf of herself and of all others
similarly situated,

                Plaintiff,

- against -

RN EXPRESS STAFFING REGISTRY
LLC, SALLY NUNEZ and ALEXANDER
ALEJANDRINO,

                Defendants.

**ORDER**

19 Civ. 11268 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that Plaintiff will file any Amended Complaint by **July 6, 2020**. By **July 25, 2020**, the parties are directed to file a joint letter regarding contemplated motion practice, as well as a new proposed case management plan. The Clerk of the Court is directed to terminate the motion (Dkt. No. 18).

Dated: New York, New York
       June 25, 2020

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge