UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE ALEXANDRINE BALDIA,
a/k/a MARIE ALEXANDRINE NADELA,
on behalf of herself and of all others
similarly situated,

                Plaintiff,

- against -

RN EXPRESS STAFFING REGISTRY LLC, SALLY NUNEZ and ALEXANDER ALEJANDRINO,

                Defendants.

**ORDER**

19 Civ. 11268 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following briefing schedule will apply to Defendants' motion to dismiss:

1. Defendants' moving papers are due on **August 21, 2020**;

2. Plaintiff's opposition papers are due on **September 11, 2020**;

3. Defendants reply, if any, is due on **September 25, 2020.**

Dated: New York, New York
       July 27, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge