UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE ALEXANDRINE BALDIA, a/k/a MARIE ALEXANDRINE NADELA, on behalf of herself and of all others similarly situated,

        Plaintiff,

v.

RN EXPRESS STAFFING REGISTRY LLC, SALLY NUNEZ, and ALEXANDER ALEJANDRINO,

        Defendants.

**ORDER**

19 Civ. 11268 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Defendants have moved to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. No. 32)  For reasons that will be explained in a forthcoming memorandum opinion, Defendants' motion is granted as to Plaintiff's minimum wage claims under the Fair Labor Standards Act and the New York Labor Law, and is otherwise denied.

    The Clerk of Court is directed to terminate the motion (Dkt. No. 32).

Dated: New York, New York
       September 30, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge