UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE ALEXANDRINE BALDIA, a/k/a MARIE ALEXANDRINE NADELA, on behalf of herself and of all others similarly situated,

               Plaintiff,

v.

RN EXPRESS STAFFING REGISTRY LLC, SALLY NUNEZ, and ALEXANDER ALEJANDRINO,

               Defendants.

**ORDER**

19 Civ. 11268 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       As discussed at today's conference, fact discovery is extended to **January 31, 2023**, expert discovery is extended to **February 3, 2023**, and pre-motion letters for dispositive motions will now be due by **March 15, 2023**. By **October 27, 2022**, the parties will update the Court on their efforts to schedule a private mediation and whether a referral for settlement to Magistrate Judge Gorenstein would be useful.

       Within three business days of the mediation or settlement conference, the parties will submit a joint letter advising the Court of the outcome of those discussions.

Dated: New York, New York
       October 13, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge